UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| TROY HILL | CASE NO. 6:20-CV-00014 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| TODD D'ALBOUR, ET AL. | MAG. JUDGE CAROL B. WHITEHURST |

## JUDGMENT

This matter was referred to United States Magistrate Judge Carol B. Whitehurst for Report and Recommendation. After an independent review of the record, including the objections filed, this Court concludes that the Magistrate Judge's Report and Recommendation is correct and adopts the findings and conclusions therein as its own. Accordingly,

IT IS ORDERED, ADJUDGED, AND DECREED that, consistent with the Report and Recommendation, Defendants' Motion to Dismiss, Motion for More Definite Statement, and Motion to Strike [ECF No. 46] is GRANTED IN PART and DENIED IN PART. Specifically, to the extent Defendants seek dismissal of Plaintiff's claims pursuant to Fed. R. Civ. P. 12(b)(6), the motion is GRANTED and all claims alleged by Plaintiff against all Defendants are DENIED and DISMISSED WITH PREJUDICE. To the extent Defendants move for a more definite statement pursuant to Fed. R. Civ. P. 12(e) and move to strike certain assertions pursuant to Fed. R. Civ. P. 12(f), the motion is DENIED AS MOOT.

THUS DONE in Chambers on this 12th day of October, 2021.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE